Mary Laughlin, defendant in error, v. Checker Taxi Company, plaintiff in error. Gen. No. 34,775.

Opinion filed December 2, 1931.

Lester L. Bauer, for plaintiff in error; Ernest D. MacDougall, of counsel. No appearance for defendant in error.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Martin Eckles et al., appellees, v. Western & Southern Life Insurance Company, appellant. Gen. No. 34,820.

Opinion filed December 2, 1931. Rehearing denied December 22, 1931.

Hoyne, O'Connor & Rubinkam, for appellant. Levisohn & Levisohn, for appellees.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Edgar Wenger, appellee, v. Motorists Association of Illinois, appellant. Gen. No. 34,826.

Opinion filed December 2, 1931. Rehearing denied December 22, 1931.

Rufus M. Potts and C. W. Armstrong, for appellant. Robert D. Elder, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Helen Janos, appellee, v. Albert A. Henry, appellant. Gen. No. 34,895.

Opinion filed December 2, 1931.

Walter Hamilton, for appellant. No appearance for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.